PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RODRIGO VALENCIA VELAZQUEZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:22-CR-00285-JLT<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: August 16, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 16, 2023, at 2:00 p.m.

2. By this stipulation, the parties now move to continue the status conference to August 30, 2023, at 2:00 p.m.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The parties request a continuance to August 30, 2023, to allow additional time to receive and review discovery, for defense counsel to confer with the defendant regarding the case, as well as for the parties to confer regarding potential resolution.

///

      b)      There is no objection to the continuance.

IT IS SO STIPULATED.

Dated:  August 14, 2023	PHILLIP A. TALBERT
	United States Attorney

	/s/ BRITTANY M. GUNTER
	BRITTANY M. GUNTER
	Assistant United States Attorney

Dated:  August 14, 2023	/s/ DARRYL YOUNG
	DARRYL YOUNG
	Counsel for Defendant

## ORDER

IT IS SO ORDERED that the status conference is continued from August 16, 2023, to **August 30, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **August 14, 2023**	/s/ Barbara A. McAuliffe
	UNITED STATES MAGISTRATE JUDGE