PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODRIGO VALENCIA VELAZQUEZ, <br><br> Defendant. | CASE NO. 1:22-CR-00285-JLT <br><br> STIPULATION CONTINUING STATUS CONFERENCE; ORDER <br><br> DATE: August 30, 2023 <br> TIME: 2:00 p.m. <br> COURT: Hon. Sheila K. Oberto |

**STIPULATION**

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 30, 2023, at 2:00 p.m.

2. By this stipulation, the parties now move to continue the status conference to September 13, at 2:00 p.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties request a continuance to September 13, 2023, to allow additional time for defense counsel to confer with the defendant regarding the case, review and obtain additional discovery, as well as for the parties to confer regarding potential resolution.

///

STIPULATION CONTINUING STATUS CONFERENCE     1

b) There is no objection to the continuance.

IT IS SO STIPULATED.

Dated: August 25, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: August 25, 2023

/s/ DARRYL YOUNG
DARRYL YOUNG
Counsel for Defendant

**ORDER**

The Court grants the parties' stipulation for a continuance of the status conference, currently set for August 30, 2023, at 2:00 p.m., and continuing it to September 13, at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated: **August 25, 2023**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE