PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00285-JLT |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: July 17, 2024 |
| RODRIGO VALENCIA VELAZQUEZ, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.       By previous order, this matter was set for a status conference on July 17, 2024, at 2:00 p.m.  ECF 37.

2.       By this stipulation, the parties now request to continue the status conference to August 5, 2024, at 2:00 p.m.

3.       The parties agree and stipulate, and request that the Court find the following:

a)       The parties request a continuance to August 5, 2024, to allow additional time for defense counsel to confer with the defendant regarding the case, review and obtain additional discovery, as well as for the parties to confer regarding potential resolution.

///

///

STIPULATION TO CONTINUE STATUS CONFERENCE

1

1        b)    The government does not object to the continuance.

3        IT IS SO STIPULATED.

5    Dated:  July 15, 2024                              PHILLIP A. TALBERT
                                                        United States Attorney

7                                                       /s/ BRITTANY M. GUNTER
                                                        BRITTANY M. GUNTER
8                                                       Assistant United States Attorney

10   Dated:  July 15, 2024                              /s/ DARRYL YOUNG
                                                        DARRYL YOUNG
11                                                       Counsel for Defendant

13                                      **ORDER**

14       IT IS ORDERED that the status conference currently set for July 17, 2024, is **continued to**

15   **August 5, 2024, at 2:00 p.m. before Duty Magistrate Judge.**

17   IT IS SO ORDERED.

18       Dated:    **July 16, 2024**              /s/ _Erica P. Grosjean_
19                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE        2