1  DARRYL E. YOUNG, SBN #255894
   Law offices of Darryl E. Young
2  806 W. 19th Street,
   Merced, California 95340
3  Telephone: (209) 354-3500
   Facsimile:  (209) 354-3502
4
5  Attorney for Defendant

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,            Case No. 1:22-cr-00285-JLT

9         Plaintiff,
                                         STIPULATION and ORDER TO
10                                       CONTINUE STATUS CONFERENCE;

11    v.
                                         Date: August 5, 2024
12 RODRIGO VALENCIA VELAZQUEZ,           Time: 2:00 p.m.
                                         Judge: Hon. Erica P. Grosjean
13        Defendant.

14

15     IT IS HEREBY STIPULATED by and between the parties through their respective

16 counsel that the Status Conference set for August 5, 2024 at 2:00 pm before Magistrate Judge

17 Grosjean be continued to a Status Conference on September 9, 2024 at 2:00 before a Magistrate

18 Judge Grosjean. The parties agree and hereby stipulate that the ends of justice served by taking

19 this action outweigh the best interests of the public, as the defense will need additional time to

20 prepare, confer with the defendant, as well as the parties to confer regarding a resolution.  The

21 Government does not object to a continuance.

22

23

24   Dated:  August 1, 2024
                                              /s/ Darryl Young
25                                            Darryl Young
                                              Defense Counsel for Jose Vieyra
26
     Dated:  August 1, 2024
27                                            /s/ Brittany Gunter
                                              Brittany Gunter
28                                            Assistant United States Attorney

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile:  (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00285-JLT |
| Plaintiff, | ORDER |
| v. | |
| RODRIGO VALCENIA VELAZQUEZ, | |
| Defendants. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for August 5, 2024, at 2:00 p.m., is continued to September 9, 2024, at 2:00 p.m.

IT IS SO ORDERED.

DATED:

MAGISTRATE JUDGE, Sheila K. Oberto