DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile:  (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00285-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; |
| v. | |
| RODRIGO VALENCIA VELAZQUEZ, | Date: September 23, 2024<br>Time: 2:00 p.m.<br>Judge: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference re Supervised Release Violation set for September 23, 2024, at 2:00 pm before Magistrate Judge Sheila K. Oberto be continued to a Status Conference on October 7, 2024, at 2:00 pm before Magistrate Judge Erica P. Grosjean. The parties agree and hereby stipulate that the ends of justice served by taking this action outweigh the best interests of the public, as the defense will need additional time to prepare, confer with the defendant, as well as the parties to confer regarding a resolution.  The Government does not object to a continuance.


Dated:  September 19, 2024

*/s/ Darryl Young*
Darryl Young
Defense Counsel for Rodrigo Velazquez

Dated:  September 19, 2024

*/s/ Brittany Gunter*
Brittany Gunter
Assistant United States Attorney

1 | DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
2 | 7041 Koll Center Parkway, Ste. 255
Pleasanton, California 94566
3 | Telephone: (925) 215-0300
Facsimile: (925) 425-7181
4

5

6 | Attorney for Defendant

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA        Case No. 1:22-cr-00285-JLT

12
              Plaintiff,            ORDER
13
       v.
14
   RODRIGO VALCENIA VELAZQUEZ,
15
              Defendant.
16

17

18
       Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled
19
for September 23, 2024, at 2:00 p.m., is continued to October 7, 2024, at 2:00 p.m.
20

21 | IT IS SO ORDERED.

22
Dated:   **September 19, 2024**            /s/ *Sheila K. Oberto*
23                                         UNITED STATES MAGISTRATE JUDGE