Darryl E. Young, SBN #255894
THE LAW OFFICES OF DARRYL E. YOUNG,
7041 Koll Center Pkwy, Ste. 255
Pleasanton, California, 94566
Telephone: (925) 215-0300
Facsimile:  (925) 418-7181

Attorney for Defendant Rodrigo Velazquez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO VALENCIA VELAZQUEZ,<br><br>Defendant. | No.  1:22-cr-00285-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DARRYL YOUNG AS ATTORNEY OF RECORD AND ORDER** |

On May 8, 2024, Defendant Rodrigo Valencia Velazquez had a petition for warrant for violation of supervised release issued.  CJA Panel Attorney Darryl Young was appointed to represent Mr. Velazquez on his criminal case.  Mr. Velazquez was sentenced pursuant to an admission on November 4, 2024.  The time for filing a direct appeal was November 18, 2024.  No direct appeal was filed.   Mr. Velazquez was in custody at sentencing.  The trial phase of Mr. Velazquez's criminal case has, therefore, come to an end.   Having completed his/her representation of Mr. Velazquez, CJA attorney Darryl Young now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Velazquez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.
3  Dated:  November 22, 2024                      Respectfully submitted,
4
5                                                          /s/Darryl Young
                                                           Attorney's Name, Attorney for
6                                                          Defendant, Rodrigo Velazquez

**ORDER**

Having reviewed the notice and found that attorney Darryl Young has completed the services for which he was appointed, the Court hereby grants attorney Young's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Rodrigo Velazquez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fresno County Jail
1225 M st
Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   **November 23, 2024**

UNITED STATES DISTRICT JUDGE